|  |  |  |
|---|---|---|
| HARON COLE, on behalf of himself and all others similarly situated, | ) ) ) ) ) | **United States District Court Northern District of Illinois** |
| Plaintiffs, | ) ) | Case No.: 1:25-cv-12097 |
| v. | ) ) ) | |
| Spigen, Inc., | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) | |

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

    Dated: February 19, 2026

| | |
|---|---|
| */s/ David B. Reyes* | */s/ Rachel S. Mahoney* |
| David B. Reyes, Esq. | Rachel S. Mahoney |
| EQUAL ACCESS LAW GROUP, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 68-29 Main Street | 550 W. Adams Street, Suite 300 |
| Flushing, NY 11367 | Chicago, IL 60661 |
| Tel: (630)-478-0856 | Tel: (312) 463-3426 |
| Email: Dreyes@ealg.law | Email: Rachel.Mahoney@lewisbrisbois.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |