## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Haron Cole

          Plaintiff,

v.

          Case No.: 1:25−cv−12097
          Honorable Sunil R. Harjani

Spigen, Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 20, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the stipulation of dismissal [22], this case is hereby dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.